AO-10 (w)
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2003

*Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. Sec. 101-111)*

| 1. Person Reporting  *(Last name, first, middle initial)*  Acosta, Raymond L. | 2. Court or Organization  Puerto Rico District Court | 3. Date of Report  05/01/2004 |
|---|---|---|

| 4. Title  *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*  Senior U.S. District Judge | 5. Report Type (check type)  ___ Nomination, Date ___/___/___  ___ Initial   X  Annual   ___ Final | 6. Reporting Period  01/01/2003  to  12/31/2003 |
|---|---|---|

| 7. Chambers or Office Address  José V. Toledo Cthse. & PO Bld  300 Recinto Sur St., Suite 348  San Juan, Puerto Rico  00901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____  Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| X NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS  *(Reporting individual only; see pp.14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME  *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | | NONE (No reportable non-investment income.) | |
| 1 | | Banco Popular de Puerto Rico Retirement Plan | 1194.00 |
| 2 | 2003 | Alpha Three, Inc. Salary | 0.00 |
| 3 | | | |
| 4 | | | |

RECEIVED  May 10  11 03 AM '04  FINANCIAL DISCLOSURE OFFICE

| | | |
|---|---|---|
| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Acosta, Raymond L. | Date of Report<br>05/01/2004 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|  | | SOURCE | DESCRIPTION |
|---|---|---|---|
| X | NONE | (No such reportable reimbursements.) | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|  | | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|---|
| X | NONE | (No such reportable gifts.) | | |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

|  | | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|---|
| X | NONE | (No reportable liabilities.) | | |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Acosta, Raymond L. | 05/01/2004 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Stock Alpha Three, Inc. | E | Dividend | O | W | | | | | |
| 2 Caribe Federal Credit Union, Hato Rey, P.R. | A | Interest | K | T | | | | | |
| 3 Banco Santander, San Juan, P.R. | A | Interest | K | T | | | | | |
| 4 GNMA Certificates, Smith Barney, Hato Rey, P.R. | E | Interest | O | T | | | | | |
| 5 House, Chapin, S.C. | | None | N | R | | | | | |
| 6 GNMA Certificates, Oriental Investment, Hato Rey, P.R. | B | Interest | L | T | | | | | |
| 7 Stock America On Line | | None | J | T | | | | | |
| 8 Stock Martha Stewart Living | | None | J | T | | | | | |
| 9 Stock EMC Corp. | | None | J | T | | | | | |
| 10 Stock Advanced Micro Devices | | None | J | T | | | | | |
| 11 Stock Amgen, Inc. | | None | J | T | | | | | |
| 12 Stock Cisco Systems, Inc. | | None | J | T | | | | | |
| 13 Stock Intel Corp. | | None | J | T | | | | | |
| 14 Stock Sun Micro Systems | | None | J | T | | | | | |
| 15 Stock Omnipoint Corp. | | None | J | T | | | | | |
| 16 Stock Network Appliance Corp. | | None | J | T | | | | | |
| 17 Stock Tejon Ranch Corp. | | None | K | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Stock Avista Corp. | | None | K | T | | | | | |
| 19 Stock E-Funds | | None | K | T | | | | | |
| 20 Stock Trinity Biotech | | | | | Buy | 01/06 | J | | |
| 21 Stock Axeda Systems | | | | | Buy | 01/06 | J | | |
| 22 Stock I-Many, Inc. | | | | | Buy | 01/06 | J | | |
| 23 Stock Optical Communications Products | | | | | Buy | 01/06 | J | | |
| 24 First Puerto Rico Med. Notes Oriental Invest., Hato Rey, PR | | | | | Buy | 08/22 | L | | |
| 25 GNMA Certificates - Oriental Investments, Hato Rey, PR | | | | | Buy | 04/15 | L | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| --- | --- | --- | --- | --- | --- |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |
| --- | --- | --- | --- | --- |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.



S_____    Date _4/29/04_

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

**Mail original and three additional copies to:**

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544